IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY SCOTT GOODYEAR,<br><br>Plaintiff,<br><br>vs.<br><br>STATE POLICE OF NEBRASKA, GOVERNOR PETE RICKETTS, LT. COLONEL THOMAS SCHWARTEN, LYNNE WOODY, AND DEPARTMENT OF JUSTICE,<br><br>Defendants. | 8:16CV525<br><br>MEMORANDUM<br>AND ORDER |

This matter is before the court on its own motion. Federal Rule of Civil Procedure 11 states that "[e]very pleading . . . must be signed by at least one attorney of record . . . or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Further, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." *Id.* Plaintiff, who is proceeding pro se, failed to sign his Complaint.

On December 5, 2016, the Deputy Clerk notified Plaintiff about the signature deficiency. (Filing No. 4.) The court warned Plaintiff that if he failed to correct the deficiency within 15 days, his pleading could be stricken from the record of this case. More than a month has now passed, yet Plaintiff has failed to sign his pleading. (See Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until January 25, 2017, to file a signed complaint or this action will be dismissed without prejudice and without further notice.

2. The Clerk of the Court is directed to set a pro se case management deadline with the following text: January 25, 2017: deadline for Plaintiff to file a signed complaint.

Dated this 12th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge